**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

MICHAEL ANTHONY COLEMAN,

      Petitioner,

    v.

SANDI WEST,

      Respondent.

CIVIL ACTION NO.: 4:26-cv-37

## O R D E R

Before the Court is the Magistrate Judge's March 13, 2026, Report and Recommendation, (doc. 5), to which no objections have been filed, (see doc. 6).   After a careful de novo review, the Court agrees with the Magistrate Judge's recommendations.   The Report and Recommendation is, therefore, **ADOPTED**.   (Doc. 5.)   Coleman's Petition is **DISMISSED without prejudice**. (Doc. 1.)   Applying the Certificate of Appealability (COA) standards, which are set forth in Brown v. United States, 2009 WL 307872 at * 1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA should issue. 28 U.S.C. § 2253(c)(1); see Alexander v. Johnson, 211 F.3d 895, 898 (5th Cir. 2000) (approving *sua sponte* denial of COA before movant filed a notice of appeal).   And, as there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith.   Thus, *in forma pauperis* status on appeal is likewise **DENIED**.   28 U.S.C. § 1915(a)(3).   The Clerk is **DIRECTED** to **CLOSE** this case.

    **SO ORDERED**, this 4th day of June, 2026.

                      R. STAN BAKER, CHIEF JUDGE
                      UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF GEORGIA