AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

MICHAEL ANTHONY COLEMAN,

          Petitioner,

        **v.**

SANDI WEST,

          Respondent.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER:

    CV 426-037

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Order dated June 4, 2026, the Court adopts the Magistrate Judge's Report and Recommendation and dismisses Coleman's Petition without prejudice.  The Court finds that no Certificate of Appealability should issue, and in forma pauperis status on appeal is denied. This case stands closed.



6/4/2026

*Date*

John E. Triplett, Clerk of Court

Clerk

*(By) Deputy Clerk*

GAS Rev 10/2020